# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 13-4764

Julie Diaz _____ vs. Saucon Valley Manor, Inc., et al. _____

Calendar Date July 7, 2014 _____        Location  Philadelphia _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by:  Virginia L. Hardwick _____

Designation of Arguing Counsel:  Virginia L. Hardwick _____

Member of the Bar:        ✔ Yes            ☐ No

Representing (check only one):

☐ Petitioner(s)      ☐ Appellant(s)      ☐ Intervenor(s)

☐ Respondent(s)      ✔ Appellee(s)       ☐ Amicus Curiae

Please list the name of the lead party being represented:

_____

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)